**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Liberty Mutual Insurance Company, a/s/o Julia Priborkin, | Civil No. 09-2701 (RHK/FLN) |
| Plaintiff, | **ORDER SETTING ASIDE ENTRY OF DEFAULT** |
| v. | |
| LG Electronics U.S.A., Inc., | |
| Defendant. | |

---

The Court, having been advised that the parties have reached an agreement to set aside the entry of default against LG Electronics U.S.A., Inc. in this matter, **IT IS ORDERED** that the Entry of Default against LG Electronics U.S.A., Inc. (Doc. No. 5) is **VACATED**.

Dated: December 7, 2009

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge